## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**Civil Case No.: 01-127-JO**                                    **Date of Proceeding:** 6/23/05

**Case Title:** Alliance for the Wild Rockies, et al. v. Allen, et al.

**Presiding Judge: Robert E. Jones**          **Courtroom Deputy: Cindy Schultz, telephone 503-326-8340**

**Reporter:** None                                                              **Tape No:** _____

**DOCKET ENTRY:**

RECORD OF ORDER:

    Defendants' FRCP 60(b) motion (#59) to extend consent decree deadline is under advisement as of 7/26/05.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**DOCUMENT NO:** _____
**CIVIL MINUTES**

cc:       { }  All counsel