**Civil Case No.:** 01-127-JO      **Date of Proceeding:** 6/27/05

**Case Title:** Alliance for the Wild Rockies, et al. v. Badgley, et al.

**Presiding Judge:** Robert E. Jones      **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None      **Tape No:**

**DOCKET ENTRY:**

RECORD OF ORDER:

Defendants' FRCP 60(b)(5) motion (# 59) to extend consent decree deadline is granted. The deadline to issue a final rule designating critical habitat for the Coastal-Puget Sound, Jarbridge, and St. Mary-Belly River bull trout populations is extended to 9/15/2005.

**PLAINTIFF'S COUNSEL**      **DEFENDANT'S COUNSEL**

**DOCUMENT NO:**
cc: { } All counsel      **CIVIL MINUTES**

**Civil Minutes**      **Honorable Robert E. Jones**
**Revised 4/23/91**